UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Gordon Franklin, Jr., | File No. 22-cv-2311 (ECT/JFD) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Warden, *Rochester Medical Center*, | |
| Respondent. | |

---

Magistrate Judge John F. Docherty issued a Report and Recommendation on October 20, 2022. ECF No. 5. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 5] is **ACCEPTED**;

2. Gordon Franklin Jr.'s petition for a writ of habeas corpus [ECF No. 1] is **SUMMARILY DISMISSED**; and

3. Franklin's application to proceed *in forma pauperis* [ECF No. 3] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 14, 2022        s/ Eric C. Tostrud
                                Eric C. Tostrud
                                United States District Court